**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 22-374 (ES) |
| | : | |
| v. | : | |
| | : | **SENTENCING SUBMISSION** |
| MARC SCHESSEL | : | **NOTICE OF THE UNITED STATES** |

Please be advised that on June 24, 2025, the United States submitted additional sentencing materials to the Court in this case concerning defendant Marc Schessel.

Date: June 24, 2025

ALINA HABBA
UNITED STATES ATTORNEY

By:    *s/ George L. Brandley*
Assistant U.S. Attorney